IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ROBERT ELISHA MYRICK,
    Plaintiff,

vs.                                                  Case No.:  3:12cv49/MCR/EMT

ANITA HEMPHILL,
     Defendant.
_____/

## REPORT AND RECOMMENDATION

    This matter is before the court on Plaintiff's motion to voluntarily dismiss the instant civil rights case, filed pursuant to 42 U.S.C. § 1983, without prejudice (doc. 9).

    Rule 41(a)(1)(A)(i) provides that an action may be dismissed without an order of the court by filing a notice of dismissal at any time before the adverse party serves an answer or files a motion for summary judgment.  Because Defendant has not yet been served in the instant case, it is clear that Plaintiff is automatically entitled to a voluntary dismissal at this time.

    Accordingly, it is respectfully **RECOMMENDED**:

    That Plaintiff's motion to voluntarily dismiss this case (doc. 9) be **GRANTED** and this case be **DISMISSED without prejudice**.

    At Pensacola, Florida, this 27th day of March 2012.

                                                */s/ Elizabeth M. Timothy*
                                                **ELIZABETH M. TIMOTHY**
                                                **UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations may be filed within fourteen (14) days after being served a copy thereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only.</u> A copy of objections shall be served upon the magistrate judge and all other parties. Failure to object may limit the scope of appellate review of factual findings. *See* 28 U.S.C. § 636; <u>United States v. Roberts</u>, 858 F.2d 698, 701 (11th Cir. 1988).