IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**ROBERT ELISHA MYRICK,**

    **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　　　　　**Case No.:  3:12cv49/MCR/EMT**

**ANITA HEMPHILL,**

    **Defendant.**
_____/

## ORDER

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated March 26, 2012 (doc. 10).  The court attempted to furnish the plaintiff a copy of the Report and Recommendation to afford him an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), but was unable to do so.[1]  Nevertheless, having considered the Report and Recommendation, I have determined that it should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.　The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.　Plaintiff's motion to voluntarily dismiss this case (doc. 9) is **GRANTED** and this case is **DISMISSED** without prejudice.

**DONE AND ORDERED** this 4th day of June, 2012.

                        *s/ M. Casey Rodgers*
                        **M. CASEY RODGERS**
                        **CHIEF UNITED STATES DISTRICT JUDGE**

---

[1] The clerk of court mailed copies of the Report and Recommendation to the plaintiff at two different addresses and both copies were returned as undeliverable.  It is the litigant's responsibility to keep the court apprised of his current mailing address.